[No. 53663-0-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02461-5, Ronald Kessler, J., entered January 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53699-1-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE BERNARD LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03441-0, Richard A. Jones, J., entered January 22, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53740-7-I. Division One. November 8, 2004.]

TEAMSTERS LOCAL UNION No. 117, *Appellant*, v. THE PORT OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-21503-1, Mary Roberts, J., entered January 12, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy and Appelwick, JJ.

[No. 53759-8-I. Division One. November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JAY RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02064-2, Charles S. French, J., entered January 29, 2004. *Affirmed* by unpublished per curiam opinion.